# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TERRANCE REGINALD BROWN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1574-S-BT |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge [ECF No. 21].

**SO ORDERED.**

SIGNED February 27, 2024.

_____
UNITED STATES DISTRICT JUDGE